**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-01081-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

---

**RULE 11 AGREEMENT - WAIVER OF THE SERVICE OF SUMMONS**

---

**TO THE HONORABLE COURT:**

Attorney for Defendant, Amar Ali, has agreed to represent Defendant in the above-named case. Mr. Amar Ali has agreed to accept service of the Original Complaint; Civil Cover Sheet; and waive service of the summons on behalf of Lottery.com d/b/a Sports.com d/b/a AutoLotto, Inc.

Mr. Amar Ali and Plaintiff's counsel have agreed that Defendant's counsel shall file and serve an answer within **the next 21 days** the date when this request was sent and signed, The Answer will be due on or before **November 7, 2023**.

Date: October 17, 2023

Respectfully submitted,

Kennard Law P.C.

**Eddie Hodges, Jr.**
Texas Bar No.: 24116523
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Kennard Law, P.C.
5120 Woodway Dr. Suite 10010
Houston, Texas 77056
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
Email: alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

**Amar Ali, Esq.**
Texas Bar No.: 24042295
5656 N. Central Expy., #401
Dallas, Texas 75206
(214) 682-6835
Email: amar.ali@lottery.com
Email: amarali1978@gmail.com
**ATTORNEY FOR DEFENDANT**