**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-01081-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

---

**PROPOSED CLERK'S ENTRY OF DEFAULT**

---

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant LOTTERY.COM, INC. d/b/a SPORTS.COM, INC. d/b/a, AUTOLOTTO, INC., and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed:

NOW, THEREFORE, on Plaintiff's request, this the ____ day of ___________ 2023(4), DEFAULT is hereby entered against defendant LOTTERY.COM, INC. d/b/a SPORTS.COM, INC. d/b/a, AUTOLOTTO, INC.

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December 2023, a true and correct copy of this Motion for Default Judgment was filed with the Court using the Court's CM/ ECF system and served on Defendant through email to counsel of record Amar Ali (amar.ali@lottery.com; amarali1978@gmail.com).

**Amar Ali, Esq.**
Texas Bar No.: 24042295
5656 N. Central Expy., #401
Dallas, Texas 75206
(214) 682-6835
Email: amar.ali@lottery.com
Email: amarali1978@gmail.com
ATTORNEY FOR DEFENDANT

__________________
Alfonso Kennard, Jr.