**NOTICE OF CLOSING FILE**

NOTICE TO ALL PARTIES August 31, 2023

RE: **Wells, Carl vs. Lottery.com dba Sports.com**
Reference #: 5300000324

Dear Parties:

This letter is to confirm the above referenced matter is closed as of August 31, 2023 due to non-payment of the filing fee by respondent.

Please contact me should you have any questions.

Sincerely,

Christina Socha
Senior Arbitration Practice Specialist
CSocha@jamsadr.com