IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| CARL WELLS,<br>Plaintiff,<br><br>v.<br><br>LOTTERY.COM, INC.,<br>*d/b/a* SPORTS.COM, INC.,<br>*d/b/a* AUTOLOTTO, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-1081-RP |

**Order Granting Defendant's Motion to Set Aside Entry of Default**

The Court considered Defendant's Motion to Set Aside Entry of Default (Dkt. 7) and finding good cause, grants the Motion. Accordingly,

The Clerk of the Court is DIRECTED to set aside its entry of default (Dkt. 4).

**SO ORDERED.**

**SIGNED** on January________, 2024.

________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE