**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-01081-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

---

**PROPOSED CLERK'S ENTRY OF DEFAULT**

---

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant LOTTERY.COM, INC. d/b/a SPORTS.COM, INC. d/b/a, AUTOLOTTO, INC., and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed:

NOW, THEREFORE, on Plaintiff's request, this the ____ day of ___________ 2023(4), DEFAULT is hereby entered against defendant LOTTERY.COM, INC. d/b/a SPORTS.COM, INC. d/b/a, AUTOLOTTO, INC.

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of January 2024, a true and correct copy of this Motion for Entry of Default Judgment was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie R. Hodges Jr.

Eddie Hodges, Jr.