IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| CARL WELLS,<br>Plaintiff,<br><br>v.<br><br>LOTTERY.COM, INC.,<br>*d/b/a* SPORTS.COM, INC.,<br>*d/b/a* AUTOLOTTO, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-1081-RP |

**Request Refused**

It does not appear that Plaintiff has established its right to a second entry of default in this Case.

**SIGNED** on January________, 2024.

Philip Devlin, CLERK
U.S. DISTRICT COURT

By: ____________________________
Deputy Clerk