IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARL WELLS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | 1:23-CV-1081-RP |
| | § | |
| LOTTERY.COM, INC. | § | |
| | § | |
| Defendant. | § | |

**Order Granting Defendant's Motion to Dismiss for Failure to State a Claim**

The Court considered *Defendant Lottery.com, Inc.'s Motion to Dismiss for Failure to State a Claim* (Dkt. 11) and finding good cause, grants the Motion. Accordingly,

all claims contained in Plaintiff's *First Amended Complaint* (Dkt. 6) are dismissed.

**SO ORDERED.**

**SIGNED** on February________, 2024.

________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE