# EXHIBIT A

Carl Wells
6714 Belmont Street
Houston, TX 77005

March 9, 2022

Dear Carl,

We are delighted that you are interested in joining our talented team of people and very pleased to present you with this offer of employment with AutoLotto, Inc. doing business as Lottery.com ("**Lottery.com**"), on the following terms and conditions:

**Position**

You will be employed in the fulltime, exempt role of Vice President of Information Technology of Lottery.com, reporting to the Executive Vice President of Technology of Lottery.com or their designee, or as otherwise reasonably determined by the President of Lottery.com, or their designee, from time to time.

**Start Date**

Subject to successful completion of our background investigation, your employment with Lottery.com will commence on or about March 21, 2022, unless another date is mutually agreed to (the "**Start Date**").

**Base Salary**

You will be paid a bi-weekly salary of $9,615.39 (being $250,000 annualized), payable in accordance with Lottery.com's standard payroll policies and subject to required withholdings and requested deductions.

**Equity Grant**

During your employment with Lottery.com, you will be eligible to participate in Lottery.com's equity incentive plans then in effect and be granted such equity awards thereunder, which may consist of restricted stock units, stock options, other equity grants, or a combination thereof, with such value and vesting schedule as recommended and approved by Lottery.com's Compensation Committee and Board of Directors from time to time, subject to the terms and conditions of such equity incentive plans and award agreements evidencing such grants.

**Benefits**

During your employment with Lottery.com, you will be eligible to participate in the group health plans that Lottery.com provides to similarly situated employees, which will be effective as of the first day of the first month following your date of employment. Information on these group health plans will be separately provided to you. You may additionally be eligible for other benefit plans that Lottery.com may implement for the benefit of similarly situated employees from time to time.

**Paid Time Off**

You are eligible for annual paid time off in accordance with Lottery.com's standard practices and policies.

**Location**

At the commencement of your employment, you will work remotely, however, it is understood that you will relocate to and work from Lottery.com's headquarters located within the Austin, Texas, area upon reasonable notice by Lottery.com. Without limiting the "at will" nature of your employment, your failure to relocate in accordance with this Offer Letter may constitute immediate cause for termination of your employment. You may also be required to travel from time-to-time to Lottery.com's offices or as may otherwise

be necessary to fulfill your responsibilities. Lottery.com will reimburse your reasonable and necessary travel expenses under its standard travel reimbursement policy, as amended from time to time.

Lottery.com shall pay those reasonable expenses, approved in advance by Lottery.com, to relocate you and your immediate family members to the Austin, Texas area, including the expenses associated with the packing, loading, and transportation of your household goods, possessions and not more than two (2) vehicles; provided, however, you shall be required to provide Lottery.com with three (3) vendor quotes from companies not affiliated with you for such service; provided, further, however, Lottery.com reserves the right to obtain an additional quote or quotes and select a vendor or vendors of its choosing and to pay such vendor or vendors directly. Such relocation has been considered and agreed by you in connection with this offer letter.

**At-Will Employment**

Your employment with Lottery.com will be "at will" and for no specified period. Lottery.com has the unfettered right to terminate its employment relationship with you at any time, with or without cause, for any or no reason, and with or without notice. You are free to resign at any time, for any or no reason, as you deem appropriate. We request that, in the event of resignation, you give Lottery.com at least two weeks' notice. Notwithstanding the Section of this offer letter titled "Amendment", this provision can only be changed or revoked in a formal written contract signed by the Chief Executive Officer and cannot be changed or revoked by any express or implied agreement based on statements or actions by any member of the Board of Directors, executive, or employee, even if your job duties, title, compensation, benefits or Lottery.com's personnel policies and procedures change from time to time during your tenure.

**Standard Employee Agreements**

To enable Lottery.com to safeguard its proprietary and confidential information, it is a condition of employment that you agree to sign Lottery.com's standard form of At-Will Employee Inventions and Confidentiality Agreement, a copy of which will be separately provided to you.

You will also be required to agree to the requirements of Lottery.com's policies and procedures, including, without limitation, the Employee Handbook and such other policies and procedures that may be issued during your employment.

The execution of these agreements and your agreement to these requirements does not impact, alter or change the "at will" nature of our employment relationship.

**Prior and Other Employment**

We understand that you are likely to have signed confidentiality and invention agreements and made similar promises in prior employment or consultancy positions, and wish to impress upon you that Lottery.com does not want to receive the confidential or proprietary information of others, and will support you in respecting your lawful obligations to prior employers and contracts. We confirm that you will not bring any third party confidential information to Lottery.com, including that of your former employer, and that in performing your duties for Lottery.com you will not in any way utilize any such information.

We ask that, if you have not already done so, please disclose to Lottery.com all agreements relating to prior positions that may affect eligibility to be employed by, or limit your employment with, Lottery.com.

We also ask that you agree that while you are employed with Lottery.com, that you will not engage in any other employment, occupation, consulting or other business activity directly related to the business in which Lottery.com is now involved or becomes involved while you are employed with Lottery.com, nor will you engage in any other activities that conflict with your obligations to Lottery.com.

**Regulatory Approvals**

Given the nature of Lottery.com's business, you may be required to apply for or hold a license, registration, permit or other approval of one or more regulatory or governmental authorities with jurisdiction over Lottery.com's business (an "**Approval**") to carry out your duties and responsibilities. In the event you are required to submit an application for an Approval or a renewal thereof, you will completely and timely do so at Lottery.com's expense. Failure to timely apply or receive an Approval may result in the termination of your employment relationship.

The application for any Approval does not impact, alter or change the "at will" nature of our employment relationship.

**Eligibility**

This offer letter is contingent upon the successful completion of Lottery.com's background and reference checks. Should your employment commence prior to the completion of these checks, your employment may be immediately terminated as a result of such checks. For purposes of federal immigration law, you will be required to provide Lottery.com with documentary evidence of your identity and eligibility for employment in the United States. Such documentation must be provided to us within three business days of your date of hire, or our employment relationship with you may be terminated.

**No Waiver**

No provision of this offer letter may be waived except by an agreement in writing signed by both parties. A waiver of any term or provision shall not be construed as a waiver of any other term or provision.

**Amendment**

This offer letter may be amended, altered, or revoked at any time, in whole or in part, by a written instrument setting forth such changes, signed by both parties.

**Severability**

If any provision of this offer letter is declared by any court of competent jurisdiction to be invalid for any reason, such invalidity shall not affect the remaining provisions, which shall be fully severable and the offer letter shall be construed and enforced as if such invalid portion had never been included.

**Governing Law**

This offer letter shall be governed by the laws of the State of Delaware without reference to its choice of law provisions. Any litigation arising out of this offer letter shall be adjudicated in the state or federal courts located in Delaware.

**Dispute Resolution**

In the event of any dispute or claim relating to or arising out of this offer letter or our employment relationship, you agree you (a) all disputes between you and Lottery.com shall be fully and finally resolved by binding arbitration; (b) any and all rights to a jury trial are waived, but all court remedies will be available in arbitration; (c) all disputes shall be resolved by a single neutral arbitrator who shall issue a written opinion; (d) the arbitration proceeding shall provide for adequate discovery; and (e) Lottery.com shall pay all arbitration fees in excess

of any court fees that you would be required to pay if the dispute were decided in a court of law. Any such arbitration shall be conducted in the Austin, Texas area by Judicial Arbitration and Mediation Services ("**JAMS"**) under the JAMS Employment Arbitration Rules and Procedures.

| | |
|---|---|
| **Assignment** | Neither this offer letter, nor any part hereof, shall be assigned by you without Lottery.com's express written consent. This offer letter shall be binding upon the parties, their heirs, personal representatives, successors and permitted assigns. |
| **Entire Agreement** | This offer letter, along with any standard agreements that you execute supersedes all other agreements or understandings. By signing this offer letter, you acknowledge that you are not relying on any promises or representations that are not contained in this offer letter. This offer letter can only be modified or amended by a subsequent written agreement signed by you and an authorized officer of Lottery.com. |

To confirm that you agree to the terms stated in this offer letter, please sign, date and return by no later than March 13, 2022. This offer letter will terminate if not accepted, signed and returned by close of business on March 13, 2022, unless Lottery.com agrees to employ you after such expiration date.

[**Signatures appear on the following page**]

We are very excited for you to join us and look forward to working with you and having you be part of the success of Lottery.com.

Very truly yours,

Lottery.com

DocuSigned by:

By: Ryan Dickinson Ryan Dickinson

8C0E2ED1FB33485...

Its: President & COO

Agreed to and accepted:

DocuSigned by:

Carl Wells

500AD51DD2AD4A4...

Name: 3/9/2022

Date: