**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a SPORTS.COM, INC.** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER**

---

On this day the Court considered Defendant's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff's response in opposition to the Motion, the arguments of counsel and all pleadings on file. Plaintiff has conceded the dismissal of the tortious interference claim, but as to the remainder of the Claims the Court is of the opinion that Defendant's Motion should be **DENIED:**

1. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's FLSA Claims is hereby **DENIED.**
2. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's breach of contract claim is hereby **DENIED.**
3. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's fraud claim is hereby **DENIED.**
4. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's misrepresentation claim is hereby **DENIED.**

5. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's unjust enrichment/quantum meruit claim is hereby **DENIED.**
6. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's breach of covenant of good-faith and fair dealing is hereby **DENIED.**
7. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's violation of Minimum Wage Act under Delaware law §901 - §914 is hereby **DENIED**.
8. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's violation of Minimum Wage Act under Delaware law §1101 - §1115 is hereby **DENIED**.
9. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's tortious interference claim under Delaware law is hereby **DENIED.**

IT IS ORDERED Defendant this case will be set for an Initial Conference on ____________________________. Parties will file a Joint Case Management Plan on or before _________________________________. Plaintiff shall file his Amended Complaint on or before ________________________.

Alternatively, this Court GRANTS Plaintiff's Motion for Leave to file an Amended Complaint that satisfies his Rule 9(b) pleading standard as to Plaintiff's fraud and misrepresentation claim.

SIGNED this _____ day of _______________, 2024.

____________________________

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of February 2024, a true and correct copy of this Motion for Entry of Default Judgment was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie Hodges Jr.