# Exhibit 1

## PJC 115.7

***Texas Civil Pattern Jury Charges > Business, Consumer, Insurance & Employment 2022 Edition > CHAPTER 115 DAMAGES***

## PJC 115.7 Question on Quantum Meruit Recovery

*[Insert predicate, PJC 115.1.]*

QUESTION ______

What is the reasonable value of such compensable work at the time and place it was performed?

Answer in dollars and cents, if any.

Answer: ________________

**COMMENT**

**When to use**. PJC 115.7 submits the measure of recovery for quantum meruit. *Hill v. Shamoun & Norman, LLP*, 544 S.W.3d 724, 733 (Tex. 2018) ("The measure of damages for recovery under a quantum-meruit theory is the reasonable value of the work performed and the materials furnished."). *See Texas Delta Upsilon Foundation v. Fehr*, 307 S.W.2d 124, 127 (Tex. App.--Austin 1957, writ ref'd n.r.e.). The question must be predicated on an affirmative finding that the work is compensable under this theory. See PJC 101.42.

Texas Pattern Jury Charges - Civil
Copyright 2024 State Bar of Texas

---

End of Document