**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| **V.** | § | **A-23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC. D/B/A** | § | |
| **SPORTS.COM, INC.,** | § | |
| **Defendant.** | § | |

**ORDER**

On April 12, 2024, the court ordered the parties to file an agreed scheduling order. Dkt. 14. Contrary to this court's local rules, the parties submitted competing proposed scheduling orders. Dkts. 15, 16; *see* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties shall meaningfully confer and attempt to reach an agreement as to the content of the scheduling order and file an agreed proposed scheduling order using District Judge Robert Pitman's form on or before **May 10, 2024**. If the parties are still unable to reach an agreement, the parties shall file a joint notice on or before **May 10, 2024** providing the court with information about their conference and a short description of their disagreement.

**SIGNED** on April 26, 2024.

MARK LANE
UNITED STATES MAGISTRATE JUDGE