**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| **V.** | § | **A-23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC. D/B/A** | § | |
| **SPORTS.COM, INC.,** | § | |
| **Defendant.** | § | |

**ORDER**

The parties filed their Proposed Scheduling Order as required but did not use Judge Pitman's most recent form. Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's current form on or before **May 17, 2024.**

**SIGNED** on May 10, 2024.

MARK LANE
UNITED STATES MAGISTRATE JUDGE