**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **1:23-CV-1081-RP** |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

**<u>ORDER SETTING HEARING</u>**

The court **SETS** Defendant Lottery.com, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 11)[1] for the same hearing at which it will hear Defendant's Motion to Dismiss in *Brandon Marsh v. Lottery.com, Inc.* (1:23-cv-880-RP). Accordingly, the court sets the Motion for hearing at **1:30 p.m. Central Prevailing Time on June 12, 2024**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED June 5, 2024.

MARK LANE
UNITED STATES MAGISTRATE JUDGE

[1] United States District Judge Robert Pitman referred the Motion to the undersigned for a report and recommendation as to the merits pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Text order, Apr. 1, 2024.