**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **1:23-CV-1081-RP** |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

**ORDER RE-SETTING INITIAL PRETRIAL CONFERENCE**

The court **RE-SETS** the initial pretrial conference in this case to the hearing at which the court will hear Defendant Lottery.com, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 11) and Defendant's Motion to Dismiss in *Brandon Marsh v. Lottery.com, Inc.* (1:23-cv-880-RP). Accordingly, the court re-sets the initial pretrial conference to **1:30 p.m. Central Prevailing Time on June 12, 2024**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED June 6, 2024.

MARK LANE
UNITED STATES MAGISTRATE JUDGE