**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:2023-cv-01081** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S OPPOSED MOTION REQUESTING TO APPEAR REMOTELY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, by and through Attorney Eddie Hodges, Jr., and respectfully moves this Honorable Court to grant remote access to the conference scheduled for June 12, 2024, at 1:30 PM, via Zoom, due to force majeure. In support of this motion, Plaintiff states as follows:

1. On the aforementioned date, an initial pre-trial conference is scheduled in the above-captioned matter.

2. Unfortunately, due to unforeseen and unavoidable circumstances constituting force majeure, Attorney Eddie Hodges, Jr. and Alfonso Kennard, Jr., representing Plaintiff, will be unable to attend the conference in person.

3. In light of the aforementioned circumstances, Plaintiff urgently seeks the Court's consideration to grant remote access to the hearing for Eddie Hodges, Jr., and Alfonso Kennard, Jr., via Zoom or any suitable virtual platform, to ensure the continuity of legal representation.

4. Plaintiff attempted to confer with counsel for Defendant Andrew R. Korn, but did not hear back from him to know if they are unopposed or not to the present motion, so we marked him as opposed.

**WHEREFORE,** Plaintiff, by and through Eddie Hodges, Jr., respectfully requests this Honorable Court to grant remote access to the conference scheduled for June 12, 2024, via Zoom or any appropriate virtual means, and grant any further relief that the Court deems just and proper.

Respectfully Submitted,

*/s/ Eddie Hodges, Jr.*_

**Eddie Hodges, Jr.**
Texas Bar No.: 24116523
Federal Bar ID 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 713316
**Kennard Law, P.C.**
5120 Woodway Dr. Suite 10010
Houston, Texas 77056
(713) 742 0900 (main)
(713) 742 0951 (facsimile)
Email: alfonso.kennard@kennardlaw.com
Email: eddie.hodges@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**