**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **1:2023-cv-01081** |
| **LOTTERY.COM, INC.,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§ | |

**PROPOSED ORDER**
**PLAINTIFF'S OPPOSED MOTION REQUESTING TO APPEAR REMOTELY**

Pending before the Court is the Planitiff's Motion to Appear Remotely to the conference scheduled on May 23, 2024, at 2:30 PM.

After considering the Motion, the record, and the circumstances of this case, the Court is of the opinion that the Motion should be the Motion is **GRANTED.**

Plaintiff shall appear remotely via ___________________________________________.

**IT IS SO ORDERED.**

Signed this ___ day of __________, 2024.

______________________________________
**JUDGE**