**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION REQUESTING TO APPEAR REMOTELY AT THE MOTION HEARING ON JUNE 12, 2024 at 1:30 p.m.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, by and through Attorney Eddie Hodges, Jr., and respectfully moves this Honorable Court to grant remote access to the conference scheduled for June 12, 2024, at 1:30 PM, via Zoom, due to force majeure. In support of this motion, Plaintiff states as follows:

1. On the aforementioned date, an initial pre-trial conference is scheduled in the above-captioned matter.

2. Unfortunately, due to unforeseen and unavoidable circumstances constituting force majeure, Attorney Eddie Hodges, Jr. and Alfonso Kennard, Jr., representing Plaintiff, will be unable to attend the conference in person.

3. In light of the aforementioned circumstances, Plaintiff urgently seeks the Court's consideration to grant remote access to the hearing for Eddie Hodges, Jr., and Alfonso Kennard, Jr., via Zoom or any suitable virtual platform, to ensure the continuity of legal representation.

4. Plaintiff's counsel conferred with counsel for Defendant, Andrew R. Korn, who indicated that Defendant is unopposed to the Motion if all parties can appear by ZOOM and this Court rules on this Motion before 7:30 a.m.

**WHEREFORE,** Plaintiff, by and through Eddie Hodges, Jr., respectfully requests this Honorable Court to grant remote access to the conference scheduled for June 12, 2024, via Zoom or any appropriate virtual means, and grant any further relief that the Court deems just and proper.

Respectfully Submitted,

*/s/ Eddie Hodges, Jr.*_

**Eddie Hodges, Jr.**
Texas Bar No.: 24116523
Federal Bar ID 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 713316
**Kennard Law, P.C.**
5120 Woodway Dr. Suite 10010
Houston, Texas 77056
(713) 742 0900 (main)
(713) 742 0951 (facsimile)
Email: alfonso.kennard@kennardlaw.com
Email: eddie.hodges@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic filing system, on June 11, 2024.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

*/s/ Eddie Hodges Jr.*________
Eddie Hodges Jr.

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 11th day of June 2024, I conferred with counsel for Defendant, Andrew Korn, via email regarding this Motion to Appear Remotely, and he indicated that Defendant is unopposed to the motion if all parties can appear by ZOOM and if this Court rules on this Motion before 7:30 a.m.

*/s/ Eddie Hodges Jr.*________
Eddie Hodges Jr.