**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **1:23-CV-1081-RP** |
| **LOTTERY.COM, INC. d/b/a** | § | |
| **SPORTS.COM, INC.,** | § | |
| **Defendant.** | § | |

**ORDER**

Before the court is Plaintiff's Amended Unopposed Motion Requesting to Appear Remotely at the Motion Hearing on June 12, 2024 at 1:30 p.m. (Dkt. 25). The Motion fails to provide even slight insight into what "unforeseen and unavoidable circumstances constituting force majeure" prevent *both* of Plaintiff's attorneys from appearing.

The court notes Plaintiff filed his Motion after the close of business on the eve of the hearing (Docket HTML data show the original motion was filed at 5:26 p.m. and the Amended Motion was filed at 6:06 p.m.). The court takes judicial notice of the Kennard Law Firm's reputation. *See, e.g.*, *Thomas v. United Airlines Inc.*, No. 4:21-cv-01301, 2023 U.S. Dist. LEXIS 164669, at *8 (S.D. Tex. 2023) ("the Court additionally FINDS that the Kennard Law Firm has also conceded that it initiated and maintained this lawsuit without any good-faith basis").

Accordingly, Plaintiff's Motion is **DENIED**. The court expects counsel at the 1:30 p.m. hearing.

SIGNED June 12, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1