IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Carl Wells | § | |
| v. | § | NO: AU:23-CV-01081-RP |
| Lottery.com, Inc. | § | |

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party: Lottery.com, Inc.

through counsel: Andrew R. Korn

**X** consents to having a United States Magistrate Judge preside over the trial in this case.

declines to consent to trial before a United States Magistrate Judge.

Signature: Andrew R. Korn
ANDREW R. KORN

State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address:
akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Defendant Lottery.com, Inc.