**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Carl Wells,** | § | |
| **v.** | § | **Case No.: 1:2023-cv-01081** |
| **Lottery.com Inc.** | § | **JURY DEMANDED** |

**NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: Carl Wells; through counsel: Eddie Hodges, Jr.

consents to having a United States Magistrate Judge preside over the trial in this case.

**X** declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ Eddie Hodges, Jr.*

**Eddie Hodges, Jr.**
Texas Bar No.: 24116523
**Alfonso Kennard, Jr.**
Texas Bar No.: 24036888
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
Main: 713.742.0900
Fax: 832.558.9412
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**