**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Carl Wells ("Plaintiff") files this Motion for Leave to file his Second Amended Complaint attached hereto. The deadline to file his second Amended Complaint is June 26, 2024, based on the Court's ruling after the June 12th hearing on Defendant's 12(b)(6) Motion. In Court the Magistrate Judge ordered that Plaintiff file this Motion for Leave along with the Second Amended Complaint. Plaintiff will respectfully show as follows:

Plaintiff' has attached his Second Amended Complaint as **Exhibit A**. Plaintiff's Second Amended Complaint will not prejudice the Defendant because discovery is still ongoing and Defendant is aware that Plaintiff planned to file a Second Amended Complaint. Good cause exists to grant this Motion for Leave because Plaintiff has attempted in good faith to assert all claims that may be ripe for filing. Plaintiff's second amended complaint is warranted to provide additional information and claims to supplement the facts provided. Moreover, it is clear Defendant would not be prejudiced to file its Amended Answer or Renewed 12(b)(6) Motion and should be allowed the normal amount of time to do so.

Based on the foregoing, Plaintiff counsel respectfully requests leave to file his Second Amended Complaint. FOR THE FOREGOING REASONS, Plaintiff respectfully request that the Court **GRANT** Plaintiff's Motion for Leave allowing Plaintiff to file the attached Second Amended Complaint.

Respectfully submitted,

kennard law P.C.

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal Bar ID 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 71331
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June 2024, a true and correct copy of this Motion for Leave to file Second Amended Complaint was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie Hodges Jr.

## CERTIFICATE OF CONFERENCE

On June 12, 2024 Plaintiff and Defendant's counsel appeared at the 12(b)(6) hearing and Plaintiff was given notice by the Court to file this Amended Complaint on or before June 26, 2024. Defendant did not indicate that they were opposed or unopposed to the Motion for Leave. Given that Plaintiff was ordered by the Court to file this Motion for Leave with no opposition by Defendant; Plaintiff files this Motion for Leave as UNOPPOSED.

Eddie Hodges Jr.

\