**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

Pursuant to Plaintiff's Motion for Leave to File Second Amended Complaint, the Court ORDERS the following:

1. Plaintiff's Opposed Motion for Leave to File to Second Amended Complaint is **GRANTED**.

2. The Court will enter Plaintiff's attached response into the docket.

3. Defendant has twenty-one (21) days to file its Answer or Responsive Pleading.

SIGNED this _____ day of _______________, 2024.

_

______________________________
Honorable United States District Judge