**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

## Order Granting Defendant's Motion to Dismiss for Failure to State a Claim

The Court considered *Defendant Lottery.com, Inc.'s Motion to Dismiss for Failure to State a Claim* (Dkt. 36) and finding good cause, grants the Motion. Accordingly, all claims contained in *Plaintiff's Second Amended Complaint* (Dkt. 35) are dismissed with prejudice.

**SO ORDERED.**

**SIGNED** on August________, 2024.

_____________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE