**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

**Defendant Lottery.com, Inc.'s Unopposed Motion for Extension on**
**Motion to Dismiss for Failure to State a Claim**

1. Defendant Lottery.com, Inc. ("Defendant" or "Lottery.com) seeks a one-day extension on its *Motion to Dismiss for Failure to State a Claim* (Dkt. 36). This Motion is unopposed.

2. By text Order on July 9, 2024, the Court granted Plaintiff leave to file a Second Amended Complaint and order the Clerk to docket *Plaintiff's Second Amended Complaint.* On July 10, 2024, the Clerk entered *Plaintiff's Second Amended Complaint* (Dkt. 35) and served it on the parties through ecf, but with a file-mark of July 9, 2024. *See* Exhibit A.

3. The deadline for Plaintiff's Motion to Dismiss was 14 days after service of the amended pleading – which is today. Fed. R. Civ. P. 15(a)(3). And Lottery.com timely filed its *Motion to Dismiss for Failure to State a Claim* (Dkt. 36) today. However, to the extent Lottery.com is deemed to have been served with Plaintiff's Second Amended Complaint when it was still a proposed amended complaint, and that Lottery.com should have filed its Motion to Dismiss sooner (*e.g.* yesterday - 14 days from the file-mark on *Plaintiff's Second Amended Complaint* (Dkt. 35)), Lottery.com requests an extension and for the Court to deem its *Motion to Dismiss for Failure to State a Claim* (Dkt. 36) timely filed.

4. The undersigned likely would not have been able to finish the Motion to Dismiss before today, and would have needed a one-day extension if yesterday was the filing deadline. Completing and filing a similar Motion to Dismiss yesterday in this Court in Case 1:23-cv-00880-RP *Marsh v.*

*Lottery.com, Inc.* took longer than expected, and the undersigned worked reduced hours last week related to hypertension and fatigue.

Defendant Lottery.com, Inc. prays that the Court sign and cause to be entered an Order deeming its Motion to Dismiss for Failure to State a Claim (Dkt. 36) timely filed.

Local Court Rule CV-10(b) Required Information:

Signature: Andrew R. Korn
ANDREW R. KORN
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Defendant Lottery.com, Inc.

CERTIFICATE OF CONFERENCE

I hereby certify that on the 24th day of July, 2024, I confirmed in writing with Alfonso Kennard, Jr., one of Plaintiff's attorneys of record, that he is unopposed to Lottery.com having additional time to file its Motion to Dismiss.

Andrew R. Korn
ANDREW R. KORN

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eddie Hodges, Jr.
Kennard Law PC
5120 Woodway Dr., Suite 10010
Houston Texas 77056
Email: eddie.hodges@kennardlaw.com
ATTORNEY FOR PLAINTIFF

Andrew R. Korn
ANDREW R. KORN

**Exhibit A**

| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-01081-RP Wells v. Lottery.com, Inc. Amended Complaint |
| **Date:** | Wednesday, July 10, 2024 8:44:14 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 7/10/2024 at 8:43 AM CDT and filed on 7/9/2024

| | |
|---|---|
| **Case Name:** | Wells v. Lottery.com, Inc. |
| **Case Number:** | 1:23-cv-01081-RP |
| **Filer:** | Carl Wells |
| **Document Number:** | 35 |

**Docket Text:**
**SECOND AMENDED COMPLAINT (cc3)**

**1:23-cv-01081-RP Notice has been electronically mailed to:**

Alfonso Kennard , Jr Filings@kennardlaw.com, 3012080420@filings.docketbird.com, 3233893420@filings.docketbird.com, Administration@kennardlaw.com, Alfonso.Kennard@kennardlaw.com, Christyle.Giron@kennardlaw.com, Eddie.Hodges@kennardlaw.com, info_912@ecf.courtdrive.com

Andrew Ross Korn akorn@receiverandrewkorn.com, arkpllc@receiverandrewkorn.com, emosley@receiverandrewkorn.com

Eddie Robert Hodges , II eddie.hodges@kennardlaw.com

**1:23-cv-01081-RP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=7/10/2024] [FileNumber=30607969-

0] [1ea2917d9cfaac8cf085035c7e14ac0c0b2ca6ad2e1b4ec0969b13d4d325485cbd
03de08d6ded5ac36c42abba2a1ee5aee188325219a44e79f1b0e67f7d3fb69]]