**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

## Order Granting Extension on Defendant's Unopposed Motion to Dismiss for Failure to State a Claim

The Court considered *Defendant Lottery.com, Inc.'s Unopposed Motion for Extension on Motion to Dismiss for Failure to State a Claim* (Dkt. 37) (the "Motion") and finding good cause, grants the Motion. Accordingly, the Motion is deemed timely filed.

**SO ORDERED.**

**SIGNED** on July_______, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE