**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS IN HIS RESPONSE TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Carl Wells ("Plaintiff") moves for leave to exceed the page limitation in his response to Defendant Lottery.com's 12(b)(6) Motion to Dismiss and respectfully states the following:

- On July 24, 2024, Defendant filed its 12(b)(6) Motion to Dismiss. **Dkt. 36**.
- On August 2, 2024, Plaintiff filed his response in opposition to the Motion to Dismiss and exceeded the page limit by twenty pages. Defendant's motion contains numerous arguments and Plaintiff was compelled to respond to each paragraph in Defendant's Motion to allow

the Court to easily follow Plaintiff's response to each argument asserted by Defendant. **Dkt. 38**.

- Local Rule CV-7(D)(3) states that responses to 12(b)(6) motions are limited to 20 pages, exclusive of the caption, signature, block, and any certificate, and accompanying documents. Plaintiff's response to the Motion for summary judgment is approximately twenty (20) pages over the limit because Plaintiff responded directly to each argument asserted by Defendant in its Motion.
- Plaintiff inadvertently filed the response without the requisite Motion for approval. Plaintiff now seeks to remedy the defect by filing this Motion for Leave to File Excess Pages. Counsel for parties conferred and stated there was no opposition to Plaintiff's request to seek authorization to allow the additional pages to be reflected in his response. Plaintiff is unopposed to allowing Defendant additional time to file its reply, with a new deadline of August 16, 2024. Plaintiff is also unopposed to allow Defendant additional ten (10) pages in their reply.
- The Court local rule states the page limits for response to a motion for summary judgment is limited to twenty (20) pages. We respectfully ask this Court for the generosity and allow Plaintiff twenty-one (21) additional pages (exclusive of signature blocks, certificate of service,

and any other sections excluded from page limitations under local rules) for a total of forty-one (41) pages. Defendant is unopposed and should be granted additional time and pages to file their reply.

- This Motion is not filed in bad-faith and is necessary for Plaintiff to respond to Defendant's 12(b)(6) sufficiently and adequately because Plaintiff raises several issues and cites numerous cases, without providing context in some. The response easily follows Defendant's Motion and cites to each relevant paragraph in Defendant's motion, in which they seek dismissal.
- Defendant is unopposed to Plaintiff's request, and in return Plaintiff has offered Defendant's counsel the same courtesy for additional pages to file their reply and additional time to file the reply.

Based on the foregoing, Plaintiff's counsel respectfully requests leave to exceed the page limit its response in opposition to the 12(b)(6) Motion to Dismiss. FOR THE FOREGOING REASONS, Plaintiff respectfully request that the Court **GRANT** Plaintiff's Motion to Exceed Page Limitations allowing Plaintiff's response, **Dkt. 38**, to exceed the local rule page limit to include twenty-one (21) additional pages, with a total of forty-one (41) pages.

Respectfully submitted,

kennard law P.C.

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal No.: 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal No.: 713316
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024 a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie R. Hodges Jr.

Eddie Hodges Jr.

**CERTIFICATE OF CONFERENCE**

On August 7, 2024, Defendant's counsel and Plaintiff's counsel conferred over this Motion prior to the Defendant filing its Motion to Exceed Page Limit. During that conversation, Defendant's counsel confirmed that they would be unopposed to our Motion. Therefore, Plaintiff files this Motion to Exceed Page Limit as UNOPPOSED.

Eddie R. Hodges Jr.

Eddie Hodges Jr.

\