**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a SPORTS.COM, INC.** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

Pending before the Court is Plaintiff, Carl Wells' unopposed Motion to Exceed Page Limit in his response to Defendant's 12(b)(6) Motion to Dismiss. Plaintiff filed his response on August 2, 2024, with an additional twenty-one (21) pages. **Dkt. 38**. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be **GRANTED**.

**IT IS SO ORDERED** Plaintiff's response [**Dkt. 38]** is approved to exceed the local rules' page with an additional twenty-one (21) pages (exclusive of signature blocks, certificate of service, and any other sections excluded from page limitations under local rules).

**IT IS FURTHER ORDERED** Defendant is allowed ten (10) additional pages in their supplemental reply, if necessary. Defendant is ordered to file their reply on or before August 16, 2024.

SIGNED this ________ day of___________, 2024.

______________________________
**Honorable U.S. District Court Judge**