**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

**Lottery.com, Inc.'s Notice regarding Reply**

1. Lottery.com, Inc. responds to the *Order* (Dkt. 40) regarding its intent to file a reply to *Plaintiff's Corrected Response in Opposition to Defendant's Rule 12(B)(6) Motion to Dismiss* (Dkt. 41).

2. Lottery.com did not previously reply to the original Opposition (Dkt. 38), to avoid having to file a revised reply, and its agreement with Plaintiff for more pages and more time to reply. *See* (Dkt. 39), p. 3. Lottery.com will submit a Reply in accordance with the page limits and deadline stated in the *Order* (Dkt. 40).

Local Court Rule CV-10(b) Required Information:

Signature: Andrew R. Korn
ANDREW R. KORN
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Defendant Lottery.com, Inc.

CERTIFICATE OF SERVICE

I certify that on the 16th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eddie Hodges, Jr.
Kennard Law PC
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
Email: eddie.hodges@kennardlaw.com
Attorney for Plaintiff

Andrew R. Korn

ANDREW R. KORN