**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-1081-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

## Report on Alternative Dispute Resolution

Lottery.com, Inc. files the ADR Report required by the *Agreed Scheduling Order* (Dkt. 30). The extent of Plaintiff's input is contained in Exhibit 1.

1. a method of ADR: **Mediation**.
2. an ADR provider: **before a U.S. Magistrate Judge from the W.D. Tex. (if permitted).**[1]
3. the method of compensating the provider: **n/a.**
4. a date for completing the ADR proceeding: **December 31, 2024.**

Local Court Rule CV-10(b) Required Information:

Signature: Andrew R. Korn
ANDREW R. KORN
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Defendant Lottery.com, Inc.

[1] Peter G. McCabe, *A Guide to the Federal Magistrate Judges System*, p. 45 (2016) ("Some courts offer the parties the option of choosing among a traditional settlement conference or mediation before a magistrate judge…") (available at https://www.fedbar.org/minnesota-chapter/wp-content/uploads/sites/54/2021/12/A-Guide-to-the-Federal-Magistrate-Judges-System.pdf).

CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eddie Hodges, Jr.
Kennard Law PC
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
Email: eddie.hodges@kennardlaw.com
Attorney for Plaintiff

Andrew R. Korn

ANDREW R. KORN