# Exhibit 1

**From:** Andrew Korn
**To:** "Alfonso Kennard"
**Cc:** Eddie Hodges; Amar Ali
**Subject:** RE: Activity in Case 1:23-cv-00880-RP Marsh v. Lottery.com, Inc. Scheduling Order
**Date:** Monday, August 26, 2024 11:17:03 AM

So, the report will read:

1. a method of ADR: Mediation
2. an ADR provider: before a U.S. Magistrate Judge from the W.D. Tex. (if permitted)
3. the method of compensating the provider: n/a
4. a date for completing the ADR proceeding: 12/31/24

***Andy "Gator" Korn***
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
214-521-0500 (Office)
**www.andrewrkornpllc.com**
**www.receiverandrewkorn.com**

**From:** Alfonso Kennard <alfonso.kennard@kennardlaw.com>
**Sent:** Monday, August 26, 2024 10:45 AM
**To:** Andrew Korn <andrew@receiverandrewkorn.com>
**Cc:** Eddie Hodges <eddie.hodges@kennardlaw.com>; Amar Ali <amarali1978@gmail.com>
**Subject:** Re: Activity in Case 1:23-cv-00880-RP Marsh v. Lottery.com, Inc. Scheduling Order

We would agree to mediate as soon as practicable.

**Alfonso Kennard, Jr.**
***Managing Shareholder***

**Kennard Law P.C.**
***Direct Line: 713.742.0906***

*Toll Free:* 855.kennlaw
*Email:*alfonso.kennard@kennardlaw.com
kennardlaw.com

On Aug 26, 2024, at 9:27 AM, Andrew Korn <andrew@receiverandrewkorn.com> wrote:

Counsel:

Are you going to propose anything about ADR in the *Marsh* or *Wells* cases? I show today as the deadline for the following event:

> A report on alternative dispute resolution in compliance with Local Rule CV-88* shall be filed.

*RULE CV-88. ALTERNATIVE DISPUTE RESOLUTION
(a) Use of ADR. In all civil cases, unless specifically ordered otherwise, the parties shall agree upon:

1. a method of ADR;
2. an ADR provider;
3. the method of compensating the provider; and
4. a date for completing the ADR proceeding.

***Andy "Gator" Korn***
Andrew R. Korn, PLLC
4221 Avondale Avenue

Dallas, Texas 75219
214-521-0500 (Office)
214-535-9622 (Cell)
**www.andrewrkornpllc.com**
**www.receiverandrewkorn.com**

---

**From:** TXW_USDC_Notice@txwd.uscourts.gov
<TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Friday, June 21, 2024 9:29 AM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00880-RP Marsh v. Lottery.com, Inc. Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 6/21/2024 at 9:28 AM CDT and filed on 6/12/2024

| | |
|---|---|
| **Case Name:** | Marsh v. Lottery.com, Inc. |
| **Case Number:** | 1:23-cv-00880-RP |
| **Filer:** | |
| **Document Number:** | 33 |

**Docket Text:**

**AGREED SCHEDULING ORDER: Consent to Trial by Magistrate due by 6/24/2024, Jury Trial set for 5/19/2025 at9:30 AM before Judge Robert Pitman, ADR Report Deadline due by 8/26/2024, Amended Pleadings due by 10/17/2024, Discovery due by 12/30/2024, Joinder of Parties due by 10/17/2024, and Dispositive Motions due by 1/27/2025. Signed by Judge Robert Pitman. (cc3)**

**1:23-cv-00880-RP Notice has been electronically mailed to:**

Alfonso Kennard , Jr Filings@kennardlaw.com, 3012080420@filings.docketbird.com, 3233893420@filings.docketbird.com, Administration@kennardlaw.com, Alfonso.Kennard@kennardlaw.com, Christyle.Giron@kennardlaw.com, Eddie.Hodges@kennardlaw.com, info_912@ecf.courtdrive.com

Andrew Ross Korn akorn@receiverandrewkorn.com, arkpllc@receiverandrewkorn.com, emosley@receiverandrewkorn.com

Eddie Robert Hodges , II eddie.hodges@kennardlaw.com

**1:23-cv-00880-RP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=6/21/2024] [FileNumber=30524280-0]
[61dabc79ec4c94bc9f2291bd19095dde135cecb9c0b94b826c221c08f6f1a33b9b
ba036a650f72fbe7f7f5b31c0b358bc159bcdd7cb1548bbc572ca52931cda7]]