IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARL WELLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1081-RP |
| | § | |
| LOTTERY.COM, INC. d/b/a Sports.com, Inc., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On August 26, 2024, the parties jointly consented to mediation. (Dkt. 44). Accordingly, the Court **ORDERS** that the parties are referred to United States Magistrate Judge Susan Hightower for mediation, to be scheduled at a time convenient to the parties and Magistrate Judge Hightower.

**IT IS FURTHER ORDERED** that each party or a representative with settlement authority for that party shall appear and participate in the mediation.

**IT IS FURTHER ORDERED** that all materials prepared for, and all statements made during, the mediation are confidential, unless the materials or statements are admissible or discoverable independently.

**IT IS FINALLY ORDERED** that the mediation shall be confidential, privileged from discovery, and otherwise conducted in accordance with 28 U.S.C. § 652(d) and the Local Rule CV-88(h).

**SIGNED** on October 24, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE