**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a SPORTS.COM, INC.** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

---

## ORDER

---

On this day the Court considered Defendant's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff's response in opposition to the Motion, the arguments of counsel and all pleadings on file. The Magistrate issued his Report and Recommendations; Plaintiff has filed his objections within fourteen (14) days; and Defendant has filed its response. The Court is of the opinion the Report and Recommendations should be **REJECTED** in its entirety. Furthermore, the Court is of the opinion that Defendant's 12(b)(6) Motion should be <u>**DENIED IN ITS ENTIRETY.**</u>

SIGNED this _____ day of _______________, 2024.

_____________________________

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of November 2024, a true and correct copy of this Proposed Order Denying Defendant's 12(b)(6) Motion was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie R. Hodges Jr.

Eddie Hodges Jr.