# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CARL WELLS,**<br>***Plaintiff***<br><br>**v.**<br><br>**LOTTERY.COM, INC. d/b/a SPORTS.COM, INC.,**<br>***Defendant*** | **§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§** | **Case No. 1:23-cv-1081-RP** |

## ORDER CONTINUING MEDIATION

Pursuant to the parties' joint consent to mediation (Dkt. 44), the Honorable Robert Pitman referred this case to this Magistrate Judge for mediation. Dkt. 45. On November 8, 2024, the Court set a mediation for December 4, 2024. Dkt. 47.

On November 15, 2024, the Honorable Mark Lane issued a Report and Recommendation to the District Court recommending dismissal of this case. Dkt. 48. Plaintiff filed objections on November 18, 2024 (Dkt. 49).

In view of the pending the Report and Recommendation, this Magistrate Judge hereby **ORDERS** that the mediation set for December 4, 2024 is **CONTINUED** and all deadlines in the Order Setting Mediation are **CANCELED** pending further order of the Court.

**SIGNED** on November 19, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE