**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LOTTERY.COM, INC.,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **1:23-CV-1081-RP** |

ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant's Lottery.com, Inc.'s ("Lottery.com") Motion to Dismiss Under Rule 12(b)(6), (Dkt. 36). (R. & R., Dkt. 48). Plaintiff Carl Wells ("Wells") timely filed objections to the report and recommendation. (Dkt. 49). Lottery.com timely responded to Well's Objection (Dkt. 51).

The Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 48), is **ADOPTED** in part. Accordingly

**IT IS FURTHER ORDERED** that Lottery.com's Motion to Dismiss Under Rule 12(b)(6), (Dkt. 36), is **GRANTED** in part.

**IT IS FURTHER ORDERED** that:

- Well's claims for violations of the Fair Labor Standards Act against Lottery.com is **DISMISSED WITH PREJUDICE**;
- The Court exercises supplemental jurisdiction over Wells' state law claims against Lottery.com; and
- Judge Lane will determine Lottery.com's Motion to Dismiss Under Rule 12(b)(6) on Wells' state law claims against Lottery.com

**SIGNED** on ________________, 2024.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE