**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Carl Wells ("Plaintiff") files this Motion for leave to allow the filing of his Reply Brief in Support of his Objections to the Magistrate [Exhibit A]. Plaintiff submits the following reply in support of this Motion:

1. "FRCP 72(b)(2) provides only for objections and responses to Magistrate R&Rs. See also, attached highlighted Case. The local rules do not permit replies to responses to objections to R&Rs. Please let me know whether you will withdraw Mr. Marsh's Reply (Dkt. 52), or whether you oppose Lottery.com's motion to strike it."

2. Defendant has previously cited persuasive case law outside the 5th Circuit for the proposition that no replies are allowed under FRCP 72. Contrary to Defendant's argument, Fed. R. Civ. P. 72(b) is silent as to whether Plaintiff may file a Reply without leave of Court. Plaintiff presents five cases in the Fifth Circuit where a Reply was submitted, under Rule 72, without leave: *Shamieh v. HCB Fin. Corp.,* CIVIL ACTION NO. 2:14-cv-2215 (W.D. La. Jan. 25, 2015);

*NELSON v. AMX CORPORATION*, Civil No. 3:04-CV-1350-H (N.D. Tex. Jun. 10, 2005); *BP Exploration & Prod. Inc. v. Cashman Equip. Corp*., Civ. A. H-13-3046 (S.D. Tex. Apr. 29, 2016); *Dominguez v. Finish Line, Inc*., 439 F. Supp. 2d 688 (W.D. Tex. 2006); *Lejeune v. Cobra Acquisitions LLC*, Case No. 5:19-CV-0286-JKP (W.D. Tex. Jan. 16, 2020). Each of these cases in the Fifth Circuit have allowed a reply to be submitted under Rule 72 without leave of Court.

3. It is unclear whether the Court will allow the Reply, but Plaintiff respectfully requests leave to allow the filing of the Reply [Exhibit A] to be added to the docket. The same issue is currently pending in the *Marsh v. Lottery* case.

4. In Defendant's Response to the Objections, Defendant cited for the first time a District of Arizona case, *Ware v. Collectcorp Corp.*, 2007 U.S. Dist. LEXIS 111576, at *4-5 (D. Ariz. August 28, 2007) and Plaintiff should have the opportunity to address this case.

5. In response to the Motion for Leave, Defendant states, "Plaintiff did not rule out whether the orders from other Districts had a more specific local rule permitting replies regarding objections to Magistrate's recommendations." Plaintiff cites multiple orders that demonstrate that Courts within the Fifth Circuit have allowed the filing of a Reply without leave and if there was a more specific local rule permitting replies, it would be more persuasive given that two of the cases were in the Western District of Texas. *Dominguez v. Finish Line, Inc.*, 439 F. Supp. 2d 688 (W.D. Tex. 2006); *Lejeune v. Cobra Acquisitions LLC*, Case No. 5:19-CV-0286-JKP (W.D. Tex. Jan. 16, 2020). Even if in none of those cases there were no objections to file the Reply; Defendant did not provide any case law in the Fifth Circuit that explicitly disallows the filing of a Reply, without leave, under Rule 72.

6. Therefore, Plaintiff respectfully requests this Court grant this Motion to leave to allow Plaintiff's Reply [Exhibit A] to be added on the docket. Plaintiff's Reply is only limited to less

than ten (10) pages, and is presented to respond to new arguments that were not made in the prior briefing or included in the R&R.

FOR THE FOREGOING REASONS, Plaintiff respectfully request that the Court **GRANT** Plaintiff's Motion for Leave allowing Plaintiff's Reply in support of his objections to the magistrate, **Exhibit A**, to be added to the docket by the clerk and will be considered in the District Court's *de novo* review.

Respectfully submitted,

kennard law P.C.

Eddie R. Hodges Jr.

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal No.: 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal No.: 713316
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie Hodges Jr.

## CERTIFICATE OF CONFERENCE

On December 6, 2024 Defendant's counsel and Plaintiff's counsel conferred over this Motion prior to the Defendant filing its Motion for Leave. Defendant's counsel stated they were OPPOSED to the relief sought in this Motion. Therefore, Plaintiff files this Motion for Leave as OPPOSED.

Eddie Hodges Jr.