**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a SPORTS.COM, INC.** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER**

---

On this day the Court considered Plaintiff's Motion to Leave to File a Reply in Support of Objections, Defendant's response in opposition to the Motion, the arguments of counsel and all pleadings on file. Based on the fact that the Fifth Circuit is silent on whether a Reply is allowed, and Defendant introduced new cases in their response, the Court is of the opinion that the Motion for Leave to File the Reply should be **GRANTED** in its entirety.

IT IS SO ORDERED.

1. The Clerk will enter Plaintiff's Exhibit A – Plaintiff's Reply, into the docket for the District Court judge's *de novo* review.

SIGNED this _____ day of _______________, 2024.

______________________________

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of December 2024, a true and correct copy of this Proposed Order was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie R. Hodges Jr.
_______________________
Eddie Hodges Jr.