IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARL WELLS,<br><br>Plaintiff,<br><br>v.<br><br>LOTTERY.COM, INC. *d/b/a* SPORTS.COM, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-cv-1081-RP |

**FINAL JUDGMENT**

On this date, the Court adopted the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant Lottery.com's ("Defendant") Motion to Dismiss, (Dkt. 36). (R. & R., Dkt. 48). The Court's order dismissed Plaintiff's claims.

As nothing remains to resolve, the Court now renders final judgment pursuant to Rule 58.

**IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on January 24, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE