**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL WELLS** | § | |
| | § | |
| ***Plaintiff,*** | § | **CASE NO. 1:23-CV- 01081-RP** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a SPORTS.COM, INC.** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Carl Wells ("Plaintiff") appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Adoption of the Magistrate's Report and Recommendations of the United States District Judge Robert Pittman entered on January 24, 2025

Respectfully submitted,

Kennard Law P.C.

**Eddie Hodges, Jr**.
Texas Bar No. 24116523
Federal District No. 3479748
**Alfonso Kennard, Jr**.
Texas Bar No. 24036888
S.D. ID 713316
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
filings@kennardlaw.com
Eddie.Hodges@kennardlaw.com
alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie R Hodges Jr.
______________________
Eddie Hodges Jr.